# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA MARIE BOUAS,<br><br>    Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant(s). | Case No. 2:21-cv-01470-NJK<br><br>**ORDER** |

Plaintiff resides in Lyon County.  *See* Docket No. 1 at 5 (identifying residence as Silver Springs, NV).  Lyon County is within the unofficial northern division of this District.  Local Rule 1-6.  Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**.  The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: August 6, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1